IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03064-WJM-CBS | Date:  June 23, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*

STEPHEN M. COOK,

Plaintiff,

v.

MONARCH CASINO BLACK HAWK,

Defendant.

*Counsel:*

*Pro se*



Amber Munck

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 03:02 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court *MOTION [27] to Affirm Settlement and Sue for Damages Caused as a Result of Fraud and Civil Conspiracy, Settlement was Signed Under Duress.*  Oral argument regarding the motion.

Discussion regarding fraud claims, the possibility of filing a new lawsuit, previous settlement agreement, and rescinding the settlement.

**ORDERED:** *MOTION [27] to Affirm Settlement and Sue for Damages Caused as a Result of Fraud and Civil Conspiracy, Settlement was Signed Under Duress* is **DENIED without prejudice** as stated on the record.

HEARING CONCLUDED.

**Court in recess: 04:27 p.m.**
Total time in court: 01:25

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.